IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| L.K.L. JR., | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-424-WHA |
| | )   (wo) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Respondents. | ) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, Final Judgment is entered in favor of Respondents, and against Petitioner, and this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 14th day of January, 2019.

                          /s/ W. Harold Albritton
                          W. HAROLD ALBRITTON
                          SENIOR UNITED STATES DISTRICT JUDGE